**In re: William Henry COLEMAN, Petitioner.**

**United States of America, Plaintiff—Appellee,**

v.

**William Henry Coleman, Defendant— Appellant.**

**Nos. 08–1012, 08–6074.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2008.

Decided: April 23, 2008.

William Henry Coleman, Petitioner/Appellant Pro Se. Marlene Yvette Bishop, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM:

In No. 08–6074, William Henry Coleman appeals the district court's orders denying his petition for a writ of audita querela and denying his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coleman v. United States,* Nos. 3:96–cr–00010–TWB–1; 3:07–cv–00346–GCM, 2007 WL 4303717 (W.D.N.C.

Dec. 10, 2007) & 2008 WL 53542 (Jan. 2, 2008).

In No. 08–1012, which has been consolidated with the above case, Coleman petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his petition for a writ of audita querela. He seeks an order from this court directing the district court to act. Because the district court recently denied Coleman's petition, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 08–1012 *PETITION DENIED.*

No. 08–6074 *AFFIRMED.*